Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Maximilien D. Fetaz, Esq.
Nevada Bar No. 12737
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
mfetaz@bhfs.com

*Attorneys for BMW Financial Services NA, LLC and BMW of North America, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAN SHEINFELD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC, a foreign limited liability company; BMW OF NORTH AMERICA, LLC, a foreign limited liability company; JRJ INVESTMENTS, INC. d/b/a BMW OF LAS VEGAS, a Nevada corporation; DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02083-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO OPPOSITION TO MOTION TO STAY LITIGATION AND COMPEL ARBITRATION**<br><br>**(First Request)** |

**<u>STIPULATION</u>**

1.     On November 6, 2018, Defendants BMW Financial Services NA, LLC ("BMW FS") and BMW of North America, LLC ("BMW NA") filed a Motion to Stay Action and Compel Arbitration (ECF No. 4).

2.     On November 16, 2018, Plaintiff Jan Sheinfeld ("Plaintiff") filed his Opposition to Motion to Stay Litigation and Compel Arbitration (ECF No. 8).

3.     The deadline for BMW FS and BMW NA to file their reply is currently Friday, November 23, 2018.

17852793

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4. The parties hereby stipulate and agree to extend the time for any party to serve their reply to Plaintiff's Opposition to Motion to Stay Litigation and Compel Arbitration, up to and including November 30, 2018.

5. This is the first request for extension of time by BMW FS and BMW NA, and is made due to the unavailability of counsel during the Thanksgiving week. Accordingly, this stipulation is made in good faith and not for purposes of delay.

DATED this 19th day of November, 2018.   DATED this 19th day of November, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP   LEAVITT LEGAL GROUP, P.C.

By: */s/*Patrick J. Reilly
    Patrick J. Reilly, Esq.
    Nevada Bar No. 6103
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614

By: /s/ Kristofer D. Leavitt
    Kristofer D. Leavitt, Esq.
    Nevada Bar No. 13173
    612 S. 10th Street
    Las Vegas, NV 89101

*Attorneys for BMW Financial Services NA, LLC and BMW of North America, LLC*

*Attorneys for Jan Sheinfeld*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 21, 2018.

17852793

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO OPPOSITION TO MOTION TO STAY LITIGATION AND COMPEL ARBITRATION** was served via electronic service on the 20th day of November, 2018, to the addresses shown below:

Kristofer D. Leavitt, Esq.
Leavitt Legal Group, P.C.
612 S. 10th Street
Las Vegas, NV 89101
kleavitt@leavittlegalgroup.com
(702) 423-7208

*Attorneys for Jan Sheinfeld*

Martin A. Little, Esq.
Alexander Villamar, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway
Suite 100
Las Vegas, NV 89169
mal@h2law.com
av@h2law.com
(702) 257-1483

*Attorneys for JRJ Investments, Inc. d/b/a BMW of Las Vegas*

/s/Susan Roman
An employee of Brownstein Hyatt Farber Schreck, LLP

17852793
3